**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

John Edmund McElligott, Jr.
Davidson, Meaux, Sonnier
P. O. Box 2908
Lafayette LA 70502-2908

Kyle Liney Mark Gideon
Davidson, Meaux, etc.
P. O. Dr. 2908
Lafayette LA 70502-2908

Robert D. Felder
Davidson, Meaux, Sonnier
810 S. Buchanan Street
Lafayette LA 70501

Thomas Reginald Hightower, Jr.
Attorney at Law
P. O. Drawer 51288
Lafayette LA 70505

Douglas Poole
Attorney at Law
802 25th Street
Galveston TX 77550

> Judgment on rehearing rendered and mailed to all parties or counsel of record on July 7, 2021.

**REHEARING ACTION: July 7, 2021**

**Docket Number: 20   00369-CA**

**GEORGE KEITH DAY, ET AL.**
**VERSUS**
**BNSF RAILWAY CO., ET AL.**

**Appealed from Iberia Parish Case No. 128692**

**BEFORE JUDGES:**

**Hon. Shannon J. Gremillion**
**Hon. Van H. Kyzar**
**Hon. Jonathan W. Perry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **BNSF Railway Company** and **Tyrone Clark** has this day been

**DENIED.**

cc: James B. Dill, Counsel for the Appellee
    Nathan L. Karlin, Counsel for the Appellee
    D'Ann R. Penner, Counsel for the Appellee
    Harry Karl Burdette, Counsel for the Appellee
    R. Michael Moity, Jr., Counsel for the Appellee
    David Brennan Stockstill, Counsel for the Appellee
    Kirk Andrew Guidry, Counsel for the Appellee
    Stephen M. Alexander, Counsel for the Appellee
    Richard Thomas Gallagher, Jr., Counsel for the Appellee
    Daniel Albert Claitor, Counsel for the Appellee